## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JOSE ENRIQUE MORALES GUERRERO,

     Petitioner,

v.                                                            Case No. 2:26-cv-02247-MSN-tmp

TRINITY MINTER, Warden of West Tennessee
Detention Facility, SCOTT LADWIG, in his
official capacity as Acting Director of the New
Orleans Field Office of ICEs Enforcement and
Removal Operations Division, TODD LYONS,
in his official capacity as Acting Director of U.S.
Immigration and Customs Enforcement, and
PAMELA BONDI, U.S. Attorney General,

     Respondents.

## JUDGMENT

**JUDGMENT BY COURT.**   This action came before the Court on Petitioner's Petition for Writ

of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed March 9, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the

Notice of Voluntary Dismissal (ECF No. 10), this matter is hereby **DISMISSED WITHOUT**

**PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 01, 2026
Date